# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-cr-00596-GMN-GWF |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| PAUL WOMMER, | ) | |
| Defendant. | ) | |

Before the Court is Defendant Paul Wommer's Motion to Dismiss Count Four of the Superseding Indictment (ECF No. 45) and Motion to Dismiss Count Five of the Superseding Indictment (ECF No. 54). On February 10, 2012, the Honorable George Foley, Jr., United States Magistrate Judge, entered two Reports of Findings and Recommendations (ECF Nos. 58 & 59.) Magistrate Judge Foley recommended the Court deny both motions.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-9 and determines that Magistrate Judge Foley's Reports of Findings and Recommendations should be Accepted.

**IT IS THEREFORE ORDERED** that Magistrate Judge Foley's Reports of Findings and Recommendations (ECF Nos. 58 & 59) are **ACCEPTED** and Defendant's Motion to Dismiss Count Four of the Superseding Indictment (ECF No. 45) is **DENIED**, and Motion to Dismiss Count Five of the Superseding Indictment (ECF No. 54) is **DENIED**.

DATED this 26th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge