**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:10-CR-596-GMN-(GWF) |
| PAUL WOMMER, | ) ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

On April 19, 2013, this Court found Defendant PAUL WOMMER guilty of Counts One through Five of a Five-Count Criminal Indictment Superseding, charging him in Counts One through Three with Structuring Financial Transactions in violation of Title 31, United States Code, Section 5324(a)(3); in Count Four with Tax Evasion in violation of Title 26, United States Code, Section 7201; and in Count Five with Making and Subscribing a False Return, Statement, or Other Document in violation of Title 26, United States Code Section 7206(1). Criminal Indictment Superseding, ECF No. 30; Bench Trial Minutes, ECF No. 116.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegation and Counts One through Three of the Criminal Indictment Superseding to which this Court found Defendant PAUL WOMMER guilty. Criminal Indictment Superseding, ECF No. 30; Bench Trial Minutes, ECF No. 116.

The following assets are subject to forfeiture pursuant to Title 31, United States Code, Section 5317(c)(1) and Title 21, United States Code, Section 853(p):

1  an *in personam* criminal forfeiture money judgment of $75,700.62 in United States

2  Currency, including:

3      a.    $75,700.62 in United States Currency seized from Nevada State Bank Account

4          Number XXXX084, in the name of Angela A. Lambelet.

5  This Court finds the United States of America is now entitled to, and should, reduce the

6  aforementioned property to the possession of the United States of America.

7  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

8  United States of America should seize the aforementioned property.

9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

10  PAUL WOMMER in the aforementioned property is forfeited and is vested in the United States of

11  America and shall be safely held by the United States of America until further order of the Court.

12  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

13  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

14  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

15  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

16  the name and contact information for the government attorney to be served with the petition,

17  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

18  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

19  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

20  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

21  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

22  following address at the time of filing:

23      Daniel D. Hollingsworth
    Assistant United States Attorney
24      Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
25      Las Vegas, Nevada 89101.

26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

**IT IS SO ORDERED** this 29th day of April, 2013.

_____
Gloria M. Navarro
United States District Judge