1
2
3
4
5            **UNITED STATES DISTRICT COURT**

6                 **DISTRICT OF NEVADA**

7   UNITED STATES OF AMERICA,              )
                                           )
8                    Plaintiff,            )
                                           )
9         v.                               )         2:10-CR-596-GMN-(GWF)
                                           )
10  PAUL WOMMER,                           )
                                           )
11  _____Defendant.     )

12            **PRELIMINARY ORDER OF FORFEITURE**

13          On April 19, 2013, this Court found Defendant PAUL WOMMER guilty of Counts One

14  through Five of a Five-Count Criminal Indictment Superseding, charging him in Counts One through

15  Three with Structuring Financial Transactions in violation of Title 31, United States Code, Section

16  5324(a)(3); in Count Four with Tax Evasion in violation of Title 26, United States Code, Section

17  7201; and in Count Five with Making and Subscribing a False Return, Statement, or Other

18  Document in violation of Title 26, United States Code Section 7206(1). Criminal Indictment

19  Superseding, ECF No. 30; Bench Trial Minutes, ECF No. 116.

20          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

21  has shown the requisite nexus between the property set forth in the Forfeiture Allegation and Counts

22  One through Three of the Criminal Indictment Superseding to which this Court found Defendant

23  PAUL WOMMER guilty. Criminal Indictment Superseding, ECF No. 30; Bench Trial Minutes, ECF

24  No. 116.

25          The following assets are subject to forfeiture pursuant to Title 31, United States Code, Section

26  5317(c)(1) and Title 21, United States Code, Section 853(p):

an *in personam* criminal forfeiture money judgment of $75,700.62 in United States Currency, including:

    a.    $75,700.62 in United States Currency seized from Nevada State Bank Account Number XXXX084, in the name of Angela A. Lambelet.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of PAUL WOMMER in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

**DATED** this 2nd day of May, 2013.

_____
Gloria M. Navarro
United States District Judge