FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 22 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-596-GMN-(GWF) |
| ) | |
| PAUL WOMMER, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT PAUL WOMMER

On May 2, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 31, United States Code, Section 5317(c)(1) and Title 21, United States Code, Section 853(p), forfeiting property of defendant PAUL WOMMER to the United States of America. Criminal Indictment Superseding, ECF No. 30; Bench Trial Minutes, ECF No. 116; Preliminary Order of Forfeiture, ECF No. 123.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 123) is final as to defendant PAUL WOMMER.

DATED this 22 day of August 2013.

_____
UNITED STATES DISTRICT JUDGE