# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                        Plaintiff,       )<br>      vs.                                       )<br>                                                      )<br>PAUL WOMMER,                      )<br>                                                      )<br>                        Defendant.   )<br>_____) | Case No.: 2:10-cr-00596-GMN-GWF<br><br>**ORDER DIRECTING DEFENDANT TO SELF-SURRENDER BY 12:00 P.M. ON MONDAY, DECEMBER 23, 2013** |

Defendant Paul Wommer was sentenced to forty-one (41) months imprisonment on August 22, 2013, and granted an opportunity to self-surrender by 12:00 p.m. noon on November 20, 2013. (ECF No. 136).  Judgment was entered on August 27, 2013 (ECF No. 140).  This Court reviewed the Defendant's Motion for Release Pending Appeal (ECF No. 147), the Government's Response (ECF No. 148), and the Defendant's Reply (ECF No. 150) and denied the Defendant's motion on November 7, 2013. (Order, ECF No. 158.)

Defendant Wommer filed a Motion for Bail Pending Appeal with the United States Court of Appeals for the Ninth Circuit on November 18, 2013 (Case No. 13-10462; Dkt. Entry: 2-1), the Government filed their Response in Opposition to Defendant's Motion on November 20, 2013 (Case No. 13-10462; Dkt. Entry: 3), and Defendant Wommer filed a Reply on November 25, 2013 (Case No. 13-10462; Dkt. Entry: 4).  On December 17, 2013, Circuit Judges Reinhardt and Hurwitz entered an Order in the United States Court of Appeals for the Ninth Circuit in Case No. 13-10462, DENYING Defendant Wommer's Motion for Bail Pending Appeal (Case No. 13-10462; Dkt. Entry: 6).  The Order is attached hereto as Exhibit "A".

Accordingly, Defendant Paul Wommer, **is hereby ORDERED** to self-surrender for

service of his sentence at the institution designated by the Bureau of Prisons **by 12:00 p.m. (noon)** on **Monday, December 23, 2013**.

      **IT IS SO ORDERED** this 18th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge

# EXHIBIT "A"

EXHIBIT "A"

FILED

DEC 17 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 13-10462 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00596-GMN-GWF-1 |
| v. | District of Nevada, Las Vegas |
| PAUL WOMMER, | |
| Defendant - Appellant. | ORDER |

Before: REINHARDT and HURWITZ, Circuit Judges.

Appellant's request to file a motion exceeding the page limitations of Federal Rule of Appellate Procedure 9(d) is granted. The over-length motion for bail pending appeal was filed on November 18, 2013.

Appellant's motion for bail pending appeal is denied. Appellant has not shown that the appeal raises a "substantial question" of law or fact that is likely to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process. *See* 18 U.S.C. § 3143(b); *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985).

jp/MOATT

Appellant's motion for an extension of time to file the opening brief is granted. The opening brief and excerpts of record are now due January 17, 2014; the answering brief is due February 18, 2014; and the optional reply brief is due within 14 days after service of the answering brief.

jp/MOATT 2