

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-596-GMN-(GWF) |
| PAUL WOMMER, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On May 2, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 31, United States Code, Section 5317(c)(1); and Title 21, United States Code, Section 853(p) based upon the jury verdict finding defendant PAUL WOMMER guilty of the criminal offenses, forfeiting specific property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant PAUL WOMMER was found guilty. Superseding Criminal Indictment, ECF No. 30; Minutes of Jury Trial, ECF No. 116; Preliminary Order of Forfeiture, ECF No. 123.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 2, 2013, through May 31, 2013, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 125.

On September 13, 2013, the IRS personally served Schwartzer & McPherson c/o Jason Imes, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 149, p. 2-8.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 31, United States Code, Section 5317(c)(1); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

an *in personam* criminal forfeiture money judgment of $75,700.62 in United States Currency, including:

a. $75,700.62 in United States Currency seized from Nevada State Bank Account Number XXXX084, in the name of Angela A. Lambelet.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 22 day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

2